371 A.2d 868
Commonwealth v. Woolfolk, Appellant.

Submitted September 22, 1976. David E. Auerbach, Assistant Public Defender, and Kenneth P. Barrow, Public Defender, for appellant; Ralph B. D'Iorio, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 868
Commonwealth v. Wooten, Appellant.

Submitted March 22, 1976. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Henry S. Kenderdine, Jr., Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.